**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff

                                Case Number: 11-13722
VS.                            Honorable: Robert H. Cleland

MILES FORDHAM,
    Defendant
_____/

**ORDER FOR VOLUNTARY DISMISSAL**

Upon the Notice of the Plaintiff herein, and for the reasons stated in the said Petition,

IT IS HEREBY ORDERED that the above matter be dismissed without prejudice and without cost to any party.

DATED: 1/12/2012                              S/Robert H. Cleland
                                                 U.S. District Court Judge